

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00987-CV

**Karen Silvio**

**v.**

**Jo Lynn Boggan**

NO. 370,090 IN THE PROBATE COURT NO 2 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| FILING | $195.00 | 12/11/2014 | NOT PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $195.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this June 12, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**